# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| FREDRICK NORMAN | : | Criminal No. 22 – 98 |
| BRIANNA WALKER | | |
|     a/k/a "Mars," | : | |
| STEPHEN NORMAN | | |
| CHARLES O'BANNON, | : | |
|     a/k/a "Chizzy," | | |
| DEVIN CHURCH | : | |
|     a/k/a "Lant," | | |
| ROGER MILLINGTON | : | |
| ERNEST PAYTON | | |
| KENNETH BURGOS, | : | |
|     a/k/a "Peppito," | | |
| EDWIN BURGOS, | : | |
|     a/k/a "Rock," | | |
| ROSELMY RODRIGUEZ | : | |
|     a/k/a "Roselmy Peralta," | | |
| BRIANNA REED | : | |

## **O R D E R**

AND NOW, this 8th day of April, 2022, it is hereby

### O R D E R E D

that the Search Warrant docketed as Magistrate Number 21-MJ-0005, and accompanying documents are hereby UNIMPOUNDED.

                                            BY THE COURT:

                                            */s/ John Milton Younge*
                                            **HONORABLE JOHN MILTON YOUNGE**
                                            *Judge, United States District Court*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| FREDRICK NORMAN | : | Criminal No. 22 – 98 |
| BRIANNA WALKER | | |
| a/k/a "Mars," | : | |
| STEPHEN NORMAN | | |
| CHARLES O'BANNON, | : | |
| a/k/a "Chizzy," | | |
| DEVIN CHURCH | : | |
| a/k/a "Lant," | | |
| ROGER MILLINGTON | : | |
| ERNEST PAYTON | | |
| KENNETH BURGOS, | : | |
| a/k/a "Peppito," | | |
| EDWIN BURGOS, | : | |
| a/k/a "Rock," | | |
| ROSELMY RODRIGUEZ | : | |
| a/k/a "Roselmy Peralta," | | |
| BRIANNA REED | : | |

## MOTION TO UNSEAL

NOW COMES, the United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania and Priya T. De Souza, Assistant United States Attorney in and for the same District, and in support of this Motion states as follows:

      1.      On January 5, 2021, the Honorable Henry S. Perkin, United States Magistrate, upon motion of the Government, entered an Order impounding the Search Warrant and accompanying documents, docketed as No. 21-MJ-0005, in the above-captioned matter.

2. The search warrant was executed on or about January 5, 2021.

3. On March 19, 2022, Fredrick Norman and ten others were indicted by a federal grand jury for conduct related to the search warrant. The defendants are pending trial before this Court.

4. In light of the above, the Government requests that the Search Warrant and accompanying documents be unsealed and unimpounded, so that discovery can proceed.

WHEREFORE, the Government respectfully requests that the Government's Motion to Unseal Search Warrant and Accompanying Documents be granted.

Respectfully yours,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


 s/ Priya T. De Souza
PRIYA T. DE SOUZA
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Unimpound a Search Warrant and related documents, and Proposed Order was served by ECF on all defense attorneys of record.

s/ Priya T. De Souza
PRIYA T. DE SOUZA
Assistant United States Attorney

DATE: April 7, 2022