# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 22-098-9** |
| | : | |
| **EDWIN BURGOS** | : | |

## O R D E R

**AND NOW**, this _____ day of _____ 2022, in consideration of Defense Counsel's Motion to Withdraw Due to Conflict of Interest, it is hereby **ORDERED** that the motion is **GRANTED**. The Federal Community Defender Office for the Eastern District of Pennsylvania is hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
THE HONORABLE JOHN M. YOUNGE
United States District Court Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 22-098-9** |
| | : | |
| | : | |
| **EDWIN BURGOS** | : | |

## DEFENSE COUNSEL'S MOTION TO
## WITHDRAW DUE TO CONFLICT OF INTEREST

Andrew C. Moon, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby moves to withdraw as counsel in the above captioned case due to a conflict of interest.   In support it is stated:

1.   On April 1, 2022, an initial appearance was held before the Honorable David R. Strawbridge.

2.   On April 4, 2022, Andrew C. Moon, Assistant Federal Defender, entered his appearance on behalf of Mr. Burgos (ECF 23).

3.   On April 5, 2022, an arraignment and detention hearing was held before the Honorable Carol Sandra Moore Wells.

4.   Since being appointed, the undersigned has learned of an irreconcilable conflict. The Federal Community Defender already represents another defendant who is charged in a related federal matter.   As such, we respectfully request the Federal Community Defender Office be removed as counsel in the above captioned case.

5.   Priya T. DeSouza, Assistant United States Attorney, agrees there is a conflict of interest and has no objection to the motion.

**WHEREFORE**, undersigned defense counsel respectfully moves to be withdrawn as counsel.

                                            Respectfully submitted,

                                            <u>/s/ Andrew C. Moon</u>
                                            ANDREW C. MOON
                                            Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

     I, Andrew C. Moon, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Defense Counsel's Motion to Withdraw Due to Conflict of Interest via the Court's Electronic Filing (ECF) system, which sent notification to Priya T. DeSouza, Assistant United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106, via her email address Priya.DeSouza@usdoj.gov.

                                                  /s/ Andrew C. Moon
                                                  ANDREW C. MOON
                                                  Assistant Federal Defender

DATE:  April 8, 2022